IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARIO E. CASTRO, MAGDALENA CASTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, CHARLES W. SCHARF, AKERMAN LLP, NATSAYI MAWERE, JOSEPH DEFAZIO, NEWREZ LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, JACK NAVARRO, REAL TIME SOLUTIONS, ERIC C. GREEN, BANK OF AMERICA CORPORATION, BRIAN MOYNIHAN,<br><br>Defendants. | Civil Action No. 3:20-cv-264-MOC-DSC<br><br>NOTICE OF APPEARANCE |

Notice is hereby given that Bryan G. Scott of Akerman LLP enters an appearance as counsel for Defendants THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA11 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA11 (improperly sued herein as The Bank of New York Mellon) and NEWREZ LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, and AKERMAN LLP, in the above action, and requests that all correspondence, pleadings, motions, court papers and/or documents otherwise relating to this action be served on the undersigned counsel.

53104097;1

AKERMAN LLP

Dated: May 14, 2020  /s/ Bryan G. Scott
Bryan G. Scott
N.C. State Bar No. 32920
Attorney for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass-Through Certificates Series 2006-OA11; NewRez LLC d.b.a. Shellpoint Mortgage Servicing; and Akerman LLP
100 North Main Street, Suite 2425
Winston-Salem, NC 27101
Telephone: (336) 296-7100
Facsimile: (336) 296-7010
bryan.scott@akerman.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF, which will send notification of such filing to counsel of record as follows:

None

And I hereby certify that I caused the foregoing document to be served via U.S. First Class Mail on the following non-filing users:

Mario E. Castro and Magdalena Castro
419 West Hills Road
Melville, New York 11747
*Pro Se Plaintiffs*

|  |  |
|---|---|
| Dated: May 14, 2020 | AKERMAN LLP<br><br>*/s/ Bryan G. Scott*<br>Bryan G. Scott<br>N.C. State Bar No. 32920<br>Attorney for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass-Through Certificates Series 2006-OA11; NewRez LLC d.b.a. Shellpoint Mortgage Servicing; and Akerman LLP<br>100 North Main Street, Suite 2425<br>Winston-Salem, NC 27101<br>Telephone: (336) 296-7100<br>Facsimile: (336) 296-7010<br>bryan.scott@akerman.com |