# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00264-MOC-DSC

| | |
|---|---|
| MARIO E. CASTRO et. al., ) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| BANK OF NEW YORK MELLON et. al., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Jason D. St. John]" (document #6) filed May 14, 2020. For the reasons set forth therein, the Motion will be granted

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to the pro se Plaintiffs, counsel for Defendants and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 14, 2020

David S. Cayer
United States Magistrate Judge