# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Magdalena Castro<br>Mario E. Castro**,** | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:20-cv-00264-MOC-DSC |
| vs. | ) | |
| Bank of New York Mellon et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2020 Order.

May 19, 2020

Frank G. Johns, Clerk
United States District Court