

USPS Priority Mail Express label

FROM: Mario E. Castro, 419 West Hills Rd., Melville, NY 11747, Phone (917) 513-7741

TO: U.S. District Court, Western District of North Carolina, 401 W. Trade Street, Room 210, Charlotte, NC 28202

Received Charlotte, NC JUN 17 2020 Clerk, US District Court Western District NC

Postage: $26.35