Record/FILE ON DEMAND 

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| Mario E. Castro, Magdalena Castro | CASE NO.: 3:20-cv-00264 -MOC-DSC |
| Petitioner(s), vs. | NOTICE OF APPEAL |
| THE BANK OF NEW YORK MELLON, Charles W. Scharf, AKERMAN LLP, Natsayi Mawere, Joseph DeFazio, NewRez LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, Jack Navarro, REAL TIME SOLUTIONS, Eric C. Green, Bank of America Corporation, Brian Moynihan, et al. | |
| Respondent(s). | |

Notice is hereby given that **Petitioners Mario E. Castro and Magdalena Castro**, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court filed and entered on **July 10, 2020 (Doc 17)** denying Petitioners Motion for Reconsideration of Order Dated **May 19, 2020**, Or In The Alternative, Notice of Void Judgment. "We hereby certify that the appeal is not taken for purposes of delay and that the evidence presented is substantial proof of fact material in the proceeding supported by law (Federal Arbitration Act "9 USC § 9-16). DATED this 8th day of August, 2020.

RESPECTFULLY PRESENTED, "Without Prejudice"

Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

"Without Prejudice"

Magdalena Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6

c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

## CERTIFICATE OF SERVICE

Petitioners, HEREBY CERTIFY that a true and correct copy of this Notice has been mailed to all parties on the service list **via: UNITED STATES POST OFFICE by the UNITED STATES POSTAL SERVICE via Certified Mail on August 8th, 2020.**

**SENT TO:**
**MCGUIREWOODS LLP**
Attention: Brian Calub
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
*Counsel for Respondent Bank of America, N.A.*
Certified Mail No. 7019 2280 0001 6160 8583

**AKERMAN LLP**
Attention: Brian G. Scott
100 North Main Street, Suite 2425
Winston-Salem, NC 27101
Certified Mail No. 7019 2280 0001 6160 8560

**AKERMAN LLP**
Jason David St. John
666 FIFTH AVENUE, 20TH FLOOR
NEW YORK, NY 10103
Certified Mail No. 7019 2280 0001 6160 8577
*Attorneys for Respondent's, The Bank of New York Mellon, NewRez LLC D.B.A. Shellpoint Mortgage Servicing, and Akerman*

"Without Prejudice"

_____
Mario E. Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

"Without Prejudice"

_____
Magdalena Castro, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1.103.6
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741

Page 2 of 2
Case 3:20-cv-00264-MOC-DSC   Document 18   Filed 08/11/20   Page 2 of 2