

## US POSTAGE PAID

**$7.75**

Origin: 11755
08/08/20
3544900755-22

### PRIORITY MAIL 2-DAY®

0 Lb 1.80 Oz

**1004**

EXPECTED DELIVERY DAY: 08/11/20

C017

SHIP TO:
401 W TRADE ST
STE 210
Charlotte NC 28202-1619

### USPS TRACKING® NUMBER

9505 5129 8856 0221 3176 10

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**FROM:**
Mario Castro
419 West Hills Rd.
Melville, N.Y. 11747

**TO:** US District Court
clerk
United States District Court
For THE Western District
OF NORTH CAROLINA
CHARLOTTE DIVISION
401 W Trade ST RM 210
Charlotte, NC. 28202

PR
N

- Date of del
- USPS TRAC
  international
- Limited inter
- Pick up availa
- Order supplie
- When used in
  declaration lab

\* Domestic only

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP



P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

✻ Domestic only.   ✻ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.