UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARIO E. CASTRO, MAGDALENA CASTRO,<br><br>               Petitioner,<br><br>   v.<br><br>THE BANK OF NEW YORK MELLON, CHARLES W. SCHARF, AKERMAN LLP, NATSAYI MAWERE, JOSEPH DEFAZIO, NEWREZ LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, JACK NAVARRO, REAL TIME SOLUTIONS, ERIC C. GREEN, BANK OF AMERICA CORPORATION, BRIAN MOYNIHAN,<br><br>               Respondents. | Case No. 3:20 CV 00264<br><br><br>**NOTICE OF FIRM CHANGE OF ADDRESS** |

To:    Clerk of the Court and All Parties of Record

**PLEASE TAKE NOTICE** that effective March 8, 2021, Akerman LLP, counsel for respondents, has a new address. All future reference to the firm should be to the address listed below, and a copy of all notices given or required to be given and all papers served or filed in connection with this case should be served upon counsel at the below address.

    **NEW ADDRESS**:    **AKERMAN LLP**
                                     1251 Avenue of the Americas, 37th Floor
                                     New York, NY 10020
                                     (212) 880-3800

Dated: New York, New York

       June 24, 2021

                                           **AKERMAN LLP**

                          By:    */s/ Bryan Scott*
                                  Bryan G. Scott
                                  N.C. State Bar No. 32920
                                  100 North Main Street, Suite 2425
                                  Winston-Salem, NC 27101
                                  Tel. (336) 296-7100
                                  Fax (336) 296-7010

Jason D. St. John, Esq. (*admitted pro hac vice*)
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel. (212) 880-3800
jason.stjohn@akerman.com
*Attorneys for Defendants The Bank of New York Mellon as Trustee for the Certificate Holders of CWALT Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass Through Certificates, Series 2006-OA11 f/k/a The Bank of New York, Shellpoint Mortgage Servicing, and Akerman LLP*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF FIRM CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF, which will send notification of such filing to counsel of record as follows:

> Brian Calub
> McGuire Woods LLP
> 201 North Tryon Street, Suite 3000
> Charlotte, NC 28202
> *Counsel for Respondent Bank of America, N.A.*

And I hereby certify that I caused the foregoing document to be served via U.S. First Class Mail on the following non-filing users:

> Mario E. Castro and Magdalena Castro
> 419 West Hills Road
> Melville, New York 11747
> *Pro Se Plaintiffs*

June 24, 2021

            **AKERMAN LLP**

         By: */s/ Bryan Scott*
            Bryan G. Scott
            N.C. State Bar No. 32920
            100 North Main Street, Suite 2425
            Winston-Salem, NC 27101
            Tel. (336) 296-7100
            Fax (336) 296-7010

            Jason D. St. John, Esq. (*admitted pro hac vice*)
            666 Fifth Avenue, 20th Floor
            New York, NY 10103
            Tel. (212) 880-3800
            jason.stjohn@akerman.com
            *Attorneys for Defendants The Bank of New York Mellon as Trustee for the Certificate Holders of CWALT Inc., Alternative Loan Trust 2006-OA11 Mortgage Pass Through Certificates, Series 2006-OA11 f/k/a The Bank of New York, Shellpoint Mortgage Servicing, and Akerman LLP*