IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Mario E. Castro, Magdalena Castro,

    Petitioner(s),

v.

THE BANK OF NEW YORK MELLON, Charles W. Scharf, AKERMAN LLP, Natsayi Mawere, Joseph DeFazio, NewRez LLC D.B.A. SHELLPOINT MORTGAGE SERVICING, Jack Navarro, REAL TIME SOLUTIONS, Eric C. Green, Bank of America Corporation, Brian Moynihan, et al.,

    Respondent(s).

Case No.: 3:20-cv-00264

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the undersigned hereby gives notice that Colby Bourne Stevenson, Esq. of McGuireWoods LLP shall be substituted as counsel for Respondent Bank of America, N.A., for itself and as successor in interest to BAC Home Loans Servicing, LP ("BANA") in the instant case in place of Brian Calub, who has resigned from McGuireWoods LLP.

Undersigned counsel respectfully requests that copies of all future communications, notices, orders and pleadings issued in this action be sent to counsel at the address provided below.

This 25th day of June, 2021.

                                */s/ Colby Bourne Stevenson*
                              Colby Bourne Stevenson (NC State Bar No. 43236)
                              **McGuireWoods LLP**
                              201 North Tryon Street (Suite 3000)

Charlotte, NC 28202  
Telephone: (704) 343-2393  
Facsimile: (704) 444-8746  
Email: CStevenson@mcguirewoods.com  

*Counsel for Respondent Bank of America, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered with the CM/ECF system. A copy of the foregoing was also served on the Pro Se Plaintiffs below by U.S. First Class mail:

Magdalena Castro  
419 W. Hills Rd.  
Melville, NY 11747  
*Pro Se Plaintiff*

Mario E. Castro  
419 W. Hills Rd.  
Melville, NY 11747  
*Pro Se Plaintiff*

/s/ *Colby Bourne Stevenson*  
Colby Bourne Stevenson